The Honorable Thomas T. Glover
Chapter 7
FILED JUN -7 2005 Western District of Washington U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

HUGH B. MOODY and
LAURA FAYE MOODY,

Debtors.

No. 98-06200

REPORT OF UNCLAIMED FUNDS

COMES NOW the Chapter 7 Trustee, Virginia Burdette, and files this Report of Unclaimed Funds as follows:

1. The following funds, totaling $934.00, were disbursed pursuant to order of this Court and remain unclaimed.

2. The Trustee hereby deposits the same with the Registry of the Bankruptcy Court:

| Creditor Name and Address | Dividend |
|---|---|
| Robert Jones<br>22033 Jordan Rd.<br>Arlington, WA 98223 | $743.60 |
| Victoria Allen<br>Margie Byus<br>8823 Holly Dr.<br>Everett, WA 98208 | $190.40 |

DATED this 3rd day of June, 2005.

/s/ Virginia Burdette
Virginia Burdette, WSBA #17921
Trustee

REPORT OF UNCLAIMED FUNDS - 1

ANDREWS ♦ BURDETTE
Plaza 600 Building
600 Stewart Street, Suite 620
Seattle, WA 98101
Telephone: (206) 441-0203
Facsimile: (206) 624-2631