# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 98-06200 TTG | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
| --- | --- | --- | --- | --- |
| Case Name: | Moody, Hugh B | | Bank Name: | BANK OF AMERICA, N.A. |
| | Moody, Laura Faye | | Account Number / CD #: | *******1369  BOFA MONEY MARKET ACCOUNT |
| Taxpayer ID No: | *******5669 | | | |
| For Period Ending: | 08/29/05 | | Blanket Bond (per case limit): | $   0.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/01/02 | | Transfer from Acct #*******6248 | Bank Funds Transfer | 9999-000 | 8,276.34 | | 8,276.34 |
| | 05/31/02 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.200 | 1270-000 | 8.44 | | 8,284.78 |
| | 06/26/02 | | Transfer from Acct #*******1372 | Bank Funds Transfer | 9999-000 | 40.00 | | 8,324.78 |
| | 06/28/02 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.200 | 1270-000 | 8.17 | | 8,332.95 |
| | 07/31/02 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.200 | 1270-000 | 8.50 | | 8,341.45 |
| * | 08/19/02 | 000301 | Robert Jones 22033 Jordan Rd Arlington, WA 98223 | interim disbursement per ct order 8/12/02 | 7100-003 | | 501.35 | 7,840.10 |
| * | 08/19/02 | 000301 | Robert Jones 22033 Jordan Rd Arlington, WA 98223 | interim disbursement originally printed just Mr. Jones | 7100-003 | | -501.35 | 8,341.45 |
| | 08/19/02 | 000302 | Robert & Christine Jones 22033 Jordan Rd Arlington, WA 98223 | interim disbursement per ct order 8/12/02 | 7100-000 | | 501.35 | 7,840.10 |
| | 08/19/02 | | Transfer to Acct #*******1372 | Bank Funds Transfer | 9999-000 | | 7,500.00 | 340.10 |
| | 08/30/02 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.10 | | 345.20 |
| | 09/30/02 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 345.54 |
| | 10/31/02 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.35 | | 345.89 |
| | 11/15/02 | | Transfer from Acct #*******1372 | Bank Funds Transfer | 9999-000 | 2,357.92 | | 2,703.81 |
| | 11/29/02 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.850 | 1270-000 | 1.16 | | 2,704.97 |
| | 12/31/02 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.850 | 1270-000 | 1.96 | | 2,706.93 |
| | 01/31/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.850 | 1270-000 | 1.95 | | 2,708.88 |
| | 02/28/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.850 | 1270-000 | 1.77 | | 2,710.65 |
| | 03/31/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.23 | | 2,711.88 |
| | 04/30/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.11 | | 2,712.99 |
| | 05/30/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.14 | | 2,714.13 |
| | 06/30/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.12 | | 2,715.25 |
| | 07/31/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 0.46 | | 2,715.71 |
| | 08/29/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 0.45 | | 2,716.16 |
| | 09/30/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 0.46 | | 2,716.62 |
| | 10/31/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 0.46 | | 2,717.08 |
| | 11/28/03 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 0.44 | | 2,717.52 |

Page Subtotals    10,718.87    8,001.35

Ver: 10.51

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 98-06200 TTG | Trustee Name: VIRGINIA ANDREWS BURDETTE |
| Case Name: Moody, Hugh B | Bank Name: BANK OF AMERICA, N.A. |
| Moody, Laura Faye | Account Number / CD #: *******1369 BOFA MONEY MARKET ACCOUNT |
| Taxpayer ID No: *******5669 | |
| For Period Ending: 08/29/05 | Blanket Bond (per case limit): $ 0.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/03 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.24 | | 2,717.76 |
| 01/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.22 | | 2,717.98 |
| 02/20/04 | | Transfer from Acct #*******1372 | Bank Funds Transfer | 9999-000 | 1,476.38 | | 4,194.36 |
| 02/27/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.26 | | 4,194.62 |
| 03/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.36 | | 4,194.98 |
| 04/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.34 | | 4,195.32 |
| 05/28/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,195.67 |
| 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,196.02 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,196.37 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.36 | | 4,196.73 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.34 | | 4,197.07 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,197.42 |
| 11/03/04 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 9999-000 | 0.03 | | 4,197.45 |
| 11/03/04 | | Transfer to Acct #*******1372 | Final Posting Transfer | 9999-000 | | 4,197.45 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 12,198.80 | 12,198.80 | 0.00 |
| Less: Bank Transfers/CD's | 12,150.64 | 11,697.45 | |
| Subtotal | 48.16 | 501.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 48.16 | 501.35 | |

Page Subtotals  1,479.93  4,197.45

Ver: 10.51

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-06200 TTG | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
| --- | --- | --- | --- | --- |
| Case Name: | Moody, Hugh B | | Bank Name: | BANK OF AMERICA, N.A. |
| | Moody, Laura Faye | | Account Number / CD #: | *******1372 BofA-CHECKING ACCOUNT |
| Taxpayer ID No: | *******5669 | | | |
| For Period Ending: | 08/29/05 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/01/02 | | Transfer from Acct #*******9836 | Bank Funds Transfer | 9999-000 | 43.54 | | 43.54 |
| 06/26/02 | | Transfer to Acct #*******1369 | Bank Funds Transfer | 9999-000 | | 40.00 | 3.54 |
| 08/19/02 | | Transfer from Acct #*******1369 | Bank Funds Transfer | 9999-000 | 7,500.00 | | 7,503.54 |
| * 08/21/02 | 003001 | Education Finance Services<br>PO Box 1050<br>Fruitland, ID 83619 | interim disbursement | 7100-003 | | 2,357.92 | 5,145.62 |
| * 08/21/02 | 003002 | First Card - Fcc Nat'l Bank<br>PO Box 2975<br>Uniondale, NY 11553 | interim disbursement | 7100-004 | | 871.49 | 4,274.13 |
| 08/21/02 | 003003 | BECU<br>Attn: Admin SVCS<br>PO Box 97050<br>Seattle, WA 981249750 | interim disbursement | 7100-000 | | 1,131.77 | 3,142.36 |
| 08/21/02 | 003004 | BECU<br>Attn: Admin SVCS<br>PO Box 97050<br>Seattle, WA 981249750 | interim disbursement | 7100-000 | | 478.59 | 2,663.77 |
| 08/21/02 | 003005 | Aaron Steinhoff<br>Attorney at Law<br>4380 Boulder Hwy<br>Las Vegas, NV 89121 | interim disbursement | 7100-000 | | 64.20 | 2,599.57 |
| 08/21/02 | 003006 | Suburban Propane<br>12820 34th Ave NE<br>Marysville, WA 98270 | interim disbursement | 7100-000 | | 33.23 | 2,566.34 |
| 08/21/02 | 003007 | Sno King Construction<br>2712 S Lake Stevens Rd<br>Everett, WA 98205 | interim disbursement | 7100-000 | | 107.25 | 2,459.09 |
| 08/21/02 | 003008 | Victoria Allen<br>Margie Byus<br>8823 Holly Dr.<br>Everett, WA 98208 | interim disbursement | 7100-000 | | 394.04 | 2,065.05 |
| 08/21/02 | 003009 | Washington Mutual Bank | interim disbursement | 7100-000 | | 763.06 | 1,301.99 |
| | | | Page Subtotals | | 7,543.54 | 6,241.55 | |

LFORM24

Ver: 10.51

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| | | |
|---|---|---|
| Case No: | 98-06200 TTG | Trustee Name: VIRGINIA ANDREWS BURDETTE |
| Case Name: | Moody, Hugh B | Bank Name: BANK OF AMERICA, N.A. |
| | Moody, Laura Faye | Account Number / CD #: *******1372 BofA-CHECKING ACCOUNT |
| Taxpayer ID No: | *******5669 | |
| For Period Ending: | 08/29/05 | Blanket Bond (per case limit): $ 0.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/21/02 | 003010 | PO Box 91006<br>SASO764LCI<br>Seattle, WA 98111<br>Washington Mutual Bank | interim disbursement | 7100-000 | | 697.10 | 604.89 |
| * 11/15/02 | 003001 | PO Box 91006<br>SASO764LCI<br>Seattle, WA 98111<br>Education Finance Services | interim disbursement<br>returned as paid in full by creditor | 7100-003 | | -2,357.92 | 2,962.81 |
| 11/15/02 | | PO Box 1050<br>Fruitland, ID 83619<br>Transfer to Acct #*******1369 | Bank Funds Transfer | 9999-000 | | 2,357.92 | 604.89 |
| * 02/19/04 | 003002 | First Card - Fcc Nat'l Bank<br>PO Box 2975<br>Uniondale, NY 11553 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -871.49 | 1,476.38 |
| 02/20/04 | | Transfer to Acct #*******1369 | Bank Funds Transfer | 9999-000 | | 1,476.38 | 0.00 |
| 11/03/04 | | Transfer from Acct #*******1369 | Transfer In From MMA Account | 9999-000 | 4,197.45 | | 4,197.45 |
| 11/04/04 | 003011 | First Card<br>PO Box 590<br>Uniondale, NY 11553 | interim disbursement | 7100-000 | | 871.49 | 3,325.96 |
| 01/12/05 | 003012 | Virginia Burdette<br>600 Stewart #620<br>Seattle, WA 98101 | Chapter 7 Compensation/Fees | 2100-000 | | 350.00 | 2,975.96 |
| 01/12/05 | 003013 | Virginia Burdette<br>600 Stewart #620<br>Seattle, WA 98101 | Chapter 7 Expenses | 2200-000 | | 24.05 | 2,951.91 |
| 01/12/05 | 003014 | First Card<br>PO Box 590<br>Uniondale, NY 11553 | Claim 1004, Payment 7.3233% | 7100-000 | | 421.12 | 2,530.79 |
| 01/12/05 | 003015 | BECU<br>Attn: Admin SVCS<br>PO Box 97050<br>Seattle, WA 981249750 | Claim 1005, Payment 7.3235% | 7100-000 | | 231.27 | 2,299.52 |

Page Subtotals 4,197.45 3,199.92

Ver: 10.51

LFORM24

| Case No: | 98-06200 TTG | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|---|
| Case Name: | Moody, Hugh B | | Bank Name: | BANK OF AMERICA, N.A. |
| | Moody, Laura Faye | | Account Number / CD #: | *******1372 BofA-CHECKING ACCOUNT |
| Taxpayer ID No: | *******5669 | | | |
| For Period Ending: | 08/29/05 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/12/05 | 003016 | Aaron Steinhoff<br>Attorney at Law<br>4380 Boulder Hwy<br>Las Vegas, NV 89121 | Claim 1006, Payment 7.3231% | 7100-000 | | 31.02 | 2,268.50 |
| | 01/12/05 | 003017 | Suburban Propane<br>12820 34th Ave NE<br>Marysville, WA 98270 | Claim 1008, Payment 7.3243% | 7100-000 | | 16.06 | 2,252.44 |
| | 01/12/05 | 003018 | Sno King Construction<br>2712 S Lake Stevens Rd<br>Everett, WA 98205 | Claim 1009, Payment 8.5623% | 7100-000 | | 65.99 | 2,186.45 |
| * | 01/12/05 | 003019 | Robert Jones<br>22033 Jordan Rd<br>Arlington, WA 98223 | Claim 1010, Payment 22.4785% | 7100-004 | | 743.60 | 1,442.85 |
| * | 01/12/05 | 003020 | Victoria Allen<br>Margie Byus<br>8823 Holly Dr.<br>Everett, WA 98208 | Claim 1011, Payment 7.3231% | 7100-004 | | 190.40 | 1,252.45 |
| | 01/12/05 | 003021 | Washington Mutual Bank<br>PO Box 91006<br>SASO764LCI<br>Seattle, WA 98111 | Claim 1012, Payment 7.3231% | 7100-000 | | 368.71 | 883.74 |
| | 01/12/05 | 003022 | Washington Mutual Bank<br>PO Box 91006<br>SASO764LCI<br>Seattle, WA 98111 | Claim 1013, Payment 7.3233% | 7100-000 | | 336.85 | 546.89 |
| | 01/12/05 | 003023 | BECU<br>Attn: Admin Svcs.<br>POBox 97050<br>Seattle, WA 98124-9750 | Claim 1014, Payment 7.3233% | 7100-000 | | 546.89 | 0.00 |
| * | 05/12/05 | 003019 | Robert Jones<br>22033 Jordan Rd<br>Arlington, WA 98223 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -743.60 | 743.60 |

Page Subtotals        0.00        1,555.92

LFORM24

Ver: 10.51

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 98-06200   TTG | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|
| Case Name: | Moody, Hugh B | Bank Name: | BANK OF AMERICA, N.A. |
|  | Moody, Laura Faye | Account Number / CD #: | *******1372  BofA-CHECKING ACCOUNT |
| Taxpayer ID No: | *******5669 |  |  |
| For Period Ending: | 08/29/05 | Blanket Bond (per case limit): | $   0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 05/12/05 | 003020 | Victoria Allen<br>Margie Byus<br>8823 Holly Dr.<br>Everett, WA 98208 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 |  | -190.40 | 934.00 |
| 06/06/05 | 003024 | Clerk United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6301<br>Seattle, WA 98101 | unclaimed funds<br>Unclaimed funds | 7100-000 |  | 934.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,740.99 | 11,740.99   0.00 |
| Less:  Bank Transfers/CD's | 11,740.99 | 3,874.30 |
| Subtotal | 0.00 | 7,866.69 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 0.00 | 7,866.69 |

Page Subtotals     0.00     743.60

Ver: 10.51

LFORM24

| Case No: | 98-06200 TTG | | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Moody, Hugh B | | | Bank Name: | First Bank |
| | Moody, Laura Faye | | | Account Number / CD #: | *******6248 Savings |
| Taxpayer ID No: | *******5669 | | | | |
| For Period Ending: | 08/29/05 | | | Blanket Bond (per case limit): | $ 0.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/27/00 | | Wire Transfer | MISCELLANEOUS CREDIT | 9999-000 | 2,540.19 | | 2,540.19 |
| 11/06/00 | | TRANSFER FROM ACCT #*******9836 | Bank Funds Transfer | 9999-000 | 490.00 | | 3,030.19 |
| 11/10/00 | | Transfer from Acct #*******2500 | Bank Funds Transfer | 9999-000 | 4,617.90 | | 7,648.09 |
| 12/27/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 21.56 | | 7,669.65 |
| 01/27/01 | | TRANSFER FROM ACCT #*******9836 | Bank Funds Transfer | 9999-000 | 450.00 | | 8,119.65 |
| 03/28/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 39.66 | | 8,159.31 |
| 06/29/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 42.03 | | 8,201.34 |
| 07/31/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 13.93 | | 8,215.27 |
| 08/31/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 13.95 | | 8,229.22 |
| 09/28/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 10.03 | | 8,239.25 |
| 10/31/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 6.38 | | 8,245.63 |
| 11/30/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.08 | | 8,250.71 |
| 12/31/01 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.26 | | 8,255.97 |
| 01/31/02 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.26 | | 8,261.23 |
| 02/28/02 | INT | BANK INTEREST | INTEREST | 1270-000 | 4.75 | | 8,265.98 |
| 03/29/02 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.27 | | 8,271.25 |
| 04/30/02 | INT | First Bank | INTEREST REC'D FROM BANK | 1270-000 | 5.09 | | 8,276.34 |
| 05/01/02 | | Transfer to Acct #*******1369 | Bank Funds Transfer | 9999-000 | | 8,276.34 | 0.00 |

| | | | COLUMN TOTALS | 8,276.34 | 8,276.34 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | | Less: | Bank Transfers/CD's | 5,557.90 | 8,276.34 | |
| | | Subtotal | | 2,718.44 | 0.00 | |
| | | Less: | Payments to Debtors | | 0.00 | |
| | | Net | | 2,718.44 | 0.00 | |

Page Subtotals    8,276.34    8,276.34

Ver: 10.51

LFORM24

| Case No: | 98-06200 TTG | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|---|
| Case Name: | Moody, Hugh B | | Bank Name: | Sacramento Commercial Bank |
| | Moody, Laura Faye | | Account Number / CD #: | *******9419 Savings |
| Taxpayer ID No: | *******5669 | | | |
| For Period Ending: | 08/29/05 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/12/98 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 1,471.86 | | 1,471.86 |
| 11/30/98 | INT | BANK INTEREST | INTEREST | 1270-000 | 1.53 | | 1,473.39 |
| 12/10/98 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 245.31 | | 1,718.70 |
| 12/31/98 | INT | BANK INTEREST | INTEREST | 1270-000 | 2.80 | | 1,721.50 |
| 01/05/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 245.31 | | 1,966.81 |
| 01/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 3.27 | | 1,970.08 |
| 02/11/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 245.31 | | 2,215.39 |
| 02/28/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 3.25 | | 2,218.64 |
| 03/10/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 245.31 | | 2,463.95 |
| 03/10/99 | | TRANSFER TO ACCT #*******2301 | Bank Funds Transfer (Note 5) Transfer for Bond payment | 9999-000 | | 10.00 | 2,453.95 |
| 03/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 4.06 | | 2,458.01 |
| 04/30/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 4.04 | | 2,462.05 |
| 05/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 4.18 | | 2,466.23 |
| 06/13/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 745.43 | | 3,211.66 |
| 06/30/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 4.75 | | 3,216.41 |
| 07/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.46 | | 3,221.87 |
| 08/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.47 | | 3,227.34 |
| 09/28/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 700.00 | | 3,927.34 |
| 09/30/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 5.42 | | 3,932.76 |
| 10/24/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 280.00 | | 4,212.76 |
| 10/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 6.79 | | 4,219.55 |
| 11/13/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 240.00 | | 4,459.55 |
| 11/13/99 | | TRANSFER TO ACCT #*******2500 | Bank Funds Transfer | 9999-000 | | 4,400.00 | 59.55 |
| 11/30/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 3.53 | | 63.08 |
| 12/28/99 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 245.00 | | 308.08 |
| 12/31/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 0.16 | | 308.24 |
| 01/31/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 0.52 | | 308.76 |
| 02/19/00 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 490.00 | | 798.76 |
| 02/29/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 0.71 | | 799.47 |
| 03/17/00 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 250.00 | | 1,049.47 |

Page Subtotals 5,459.47 4,410.00

Ver: 10.51

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 98-06200 TTG | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|
| Case Name: | Moody, Hugh B | Bank Name: | Sacramento Commercial Bank |
| | Moody, Laura Faye | Account Number / CD #: | *******9419 Savings |
| Taxpayer ID No: | *******5669 | | |
| For Period Ending: | 08/29/05 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 1.56 | | 1,051.03 |
| 04/13/00 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 225.00 | | 1,276.03 |
| 04/30/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 1.94 | | 1,277.97 |
| 05/31/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 2.17 | | 1,280.14 |
| 06/29/00 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 500.00 | | 1,780.14 |
| 06/30/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 2.10 | | 1,782.24 |
| 07/31/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 2.97 | | 1,785.21 |
| 08/03/00 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 245.00 | | 2,030.21 |
| 08/31/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 3.41 | | 2,033.62 |
| 09/30/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 3.34 | | 2,036.96 |
| 10/03/00 | | TRANSFER FROM ACCT #*******2301 | Bank Funds Transfer | 9999-000 | 500.00 | | 2,536.96 |
| 10/27/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 3.23 | | 2,540.19 |
| 10/27/00 | | TRANSFER TO ACCT #*******2301 | Bank Funds Transfer | 9999-000 | | 2,540.19 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,950.19 | 6,950.19 | 0.00 |
| Less: Bank Transfers/CD's | 6,873.53 | 6,950.19 | |
| Subtotal | 76.66 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 76.66 | 0.00 | |

| Page Subtotals | 1,490.72 | 2,540.19 |
|---|---|---|

Ver: 10.51

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

| Case No: | 98-06200 TTG | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|
| Case Name: | Moody, Hugh B | Bank Name: | Sacramento Commercial Bank |
| | Moody, Laura Faye | Account Number / CD #: | *******2500 Certificate of Deposit |
| Taxpayer ID No: | *******5669 | | |
| For Period Ending: | 08/29/05 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/13/99 | | TRANSFER FROM ACCT #*******9419 | Bank Funds Transfer | 9999-000 | 4,400.00 | | 4,400.00 |
| 12/15/99 | INT | BANK INTEREST | INTEREST | 1270-000 | 16.64 | | 4,416.64 |
| 01/14/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 16.70 | | 4,433.34 |
| 02/13/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 16.76 | | 4,450.10 |
| 03/14/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 17.37 | | 4,467.47 |
| 04/13/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 17.44 | | 4,484.91 |
| 05/13/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 17.99 | | 4,502.90 |
| 06/12/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 18.06 | | 4,520.96 |
| 07/12/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 18.13 | | 4,539.09 |
| 08/11/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 18.21 | | 4,557.30 |
| 09/10/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 20.11 | | 4,577.41 |
| 10/10/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 20.20 | | 4,597.61 |
| 11/09/00 | INT | BANK INTEREST | INTEREST | 1270-000 | 20.29 | | 4,617.90 |
| 11/10/00 | | Transfer to Acct #*******6248 | Bank Funds Transfer | 9999-000 | | 4,617.90 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,617.90 | 4,617.90 | 0.00 |
| Less: Bank Transfers/CD's | 4,400.00 | 4,617.90 | |
| Subtotal | 217.90 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 217.90 | 0.00 | |

Page Subtotals  4,617.90  4,617.90

Ver: 10.51

LFORM24

| Case No: | 98-06200 TTG | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|---|
| Case Name: | Moody, Hugh B | | Bank Name: | Sacramento Commercial Bank |
| | Moody, Laura Faye | | Account Number / CD #: | *******2301 Checking |
| Taxpayer ID No: | *******5669 | | | |
| For Period Ending: | 08/29/05 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/16/98 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 245.31 |
| 10/16/98 | 13 | Laura Moody | promissory note (Note 1) Payment from Debtor since filing | 1290-000 | 981.24 | | 1,226.55 |
| 10/29/98 | 13 | Trust Accounting Services | promissory note | 1290-000 | 245.31 | | 1,471.86 |
| 11/12/98 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 1,471.86 | 0.00 |
| 11/30/98 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 245.31 |
| 12/10/98 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 245.31 | 0.00 |
| 12/29/98 | 13 | Trust Accounting Service | promissory note | 1290-000 | 245.31 | | 245.31 |
| 01/05/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 245.31 | 0.00 |
| 01/30/99 | 13 | Trust Accounting Service | promissory note | 1290-000 | 245.31 | | 245.31 |
| 02/11/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 245.31 | 0.00 |
| 03/01/99 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 245.31 |
| 03/10/99 | | TRANSFER FROM ACCT #*******9419 | Bank Funds Transfer (Note 5) Transfer for Bond payment | 9999-000 | 10.00 | | 255.31 |
| 03/10/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 245.31 | 10.00 |
| 03/16/99 | | INTERNATIONAL SURETIES | PRO-RATION OF ANNUAL BOND (Note 3) PREMIUM | 2300-000 | | 0.50 | 9.50 |
| 03/27/99 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 254.81 |
| 04/28/99 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 500.12 |
| 05/31/99 | 13 | Trust Accounting Center | Regular Deposit | 1290-000 | 245.31 | | 745.43 |
| 06/13/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 745.43 | 0.00 |
| 06/29/99 | 13 | Trust Accounting Center | Regular Deposit | 1290-000 | 245.31 | | 245.31 |
| 07/28/99 | 13 | Trust Accounting Center | Regular Deposit | 1290-000 | 245.31 | | 490.62 |
| 09/02/99 | 13 | Trust Accounting Center | Regular Deposit | 1290-000 | 245.31 | | 735.93 |
| 09/28/99 | 13 | Trust Acunting Center | Regular Deposit | 1290-000 | 245.31 | | 981.24 |
| 09/28/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 700.00 | 281.24 |
| 10/24/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 280.00 | 1.24 |
| 10/31/99 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 246.55 |
| 11/13/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 240.00 | 6.55 |
| 12/01/99 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 251.86 |
| 12/28/99 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 497.17 |

Page Subtotals   4,916.20   4,419.03

Ver: 10.51

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 12

| | |
|---|---|
| Case No: 98-06200 TTG | Trustee Name: VIRGINIA ANDREWS BURDETTE |
| Case Name: Moody, Hugh B | Bank Name: Sacramento Commercial Bank |
| Moody, Laura Faye | Account Number / CD #: *******2301 Checking |
| Taxpayer ID No: *******5669 | |
| For Period Ending: 08/29/05 | Blanket Bond (per case limit): $ 0.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/99 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 245.00 | 252.17 |
| 02/01/00 | 13 | | promissory note | 1290-000 | 245.31 | | 497.48 |
| 02/19/00 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 490.00 | 7.48 |
| 03/01/00 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 252.79 |
| 03/17/00 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 250.00 | 2.79 |
| 03/28/00 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 248.10 |
| 04/13/00 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 225.00 | 23.10 |
| 05/01/00 | | INTERNATIONAL SURETIES | PRO-RATION OF ANNUAL BOND (Note 4) PREMIUM | 2300-000 | | 2.35 | 20.75 |
| 05/02/00 | 13 | | promissory note | 1290-000 | 245.31 | | 266.06 |
| 05/28/00 | 13 | Trust Acctg Center | promissory note | 1290-000 | 245.31 | | 511.37 |
| 06/29/00 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 756.68 |
| 06/29/00 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 500.00 | 256.68 |
| 08/03/00 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 501.99 |
| 08/03/00 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 245.00 | 256.99 |
| 09/01/00 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 502.30 |
| 10/02/00 | 13 | Trust Accounting service | promissory note | 1290-000 | 245.31 | | 747.61 |
| 10/03/00 | | TRANSFER TO ACCT #*******9419 | Bank Funds Transfer | 9999-000 | | 500.00 | 247.61 |
| 10/27/00 | | TRANSFER FROM ACCT #*******9419 | Bank Funds Transfer | 9999-000 | 2,540.19 | | 2,787.80 |
| 10/27/00 | | Wire Transfer | MISCELLANEOUS DEBIT | 9999-000 | | 2,787.80 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,664.18 | 9,664.18 | 0.00 |
| Less: Bank Transfers/CD's | 2,550.19 | 6,873.53 | |
| Subtotal | 7,113.99 | 2,790.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,113.99 | 2,790.65 | |

Page Subtotals    4,747.98    5,245.15

Ver: 10.51

LFORM24

| Case No: | 98-06200 TTG | | Trustee Name: | VIRGINIA ANDREWS BURDETTE |
|---|---|---|---|---|
| Case Name: | Moody, Hugh B | | Bank Name: | First Bank |
| | Moody, Laura Faye | | Account Number / CD #: | *******9836 Checking |
| Taxpayer ID No: | *******5669 | | | |
| For Period Ending: | 08/29/05 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/27/00 | | Wire Transfer | MISCELLANEOUS CREDIT | 9999-000 | 247.61 | | 247.61 |
| 11/04/00 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 492.92 |
| 11/06/00 | | TRANSFER TO ACCT #*******6248 | Bank Funds Transfer | 9999-000 | | 490.00 | 2.92 |
| 12/01/00 | 13 | Trust accounting center | promissory note | 1290-000 | 245.31 | | 248.23 |
| 01/02/01 | 13 | Trust Accounting Center | promissory note | 1290-000 | 245.31 | | 493.54 |
| 01/27/01 | | TRANSFER TO ACCT #*******6248 | Bank Funds Transfer | 9999-000 | | 450.00 | 43.54 |
| 05/01/02 | | Transfer to Acct #*******1372 | Bank Funds Transfer | 9999-000 | | 43.54 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 983.54 | 983.54 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 983.54 | |
| Subtotal | 983.54 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 983.54 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BOFA MONEY MARKET ACCOUNT - ********1369 | 48.16 | 501.35 | 0.00 |
| BofA-CHECKING ACCOUNT - ********1372 | 0.00 | 7,866.69 | 0.00 |
| Savings - ********6248 | 2,718.44 | 0.00 | 0.00 |
| Savings - ********9419 | 76.66 | 0.00 | 0.00 |
| Certificate of Deposit - ********2500 | 217.90 | 0.00 | 0.00 |
| Checking - ********2301 | 7,113.99 | 2,790.65 | 0.00 |
| Checking - ********9836 | 983.54 | 0.00 | 0.00 |
| | 11,158.69 | 11,158.69 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 983.54 | 983.54 |
|---|---|---|---|

Ver: 10.51

LFORM24